■ RONALD YATTER, Appellant, v WILLIAM MORRIS AGENCY, INC., Respondent. [710 NYS2d 525] —Order, Supreme Court, New York County (Charles Ramos, J.), entered February 22, 2000, which, insofar as appealed from, granted defendant's motion for a protective order, unanimously affirmed, with costs.

Discovery was properly limited to information material and necessary to the prosecution of plaintiff's claim, and properly conditioned upon plaintiff's execution of a confidentiality agreement upon a showing of defendant's legitimate interest in keeping the financial affairs of itself and its clients private (*see, Dawson v White & Case*, 184 AD2d 246). We have considered plaintiff's various objections to the proposed confidentiality agreement and find them unavailing. Concur—Rosenberger, J. P., Nardelli, Ellerin, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HUDSON, Appellant. [709 NYS2d 541] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered November 24, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

The principal theory of defense raised by defendant at trial was that the officers had framed him because their arrest of him in the prior year had failed to result in prosecution. This defense opened the door to the various challenged portions of the People's cross-examination of defendant, rebuttal case and summation concerning details of the prior arrest (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976). We have considered and rejected defendant's remaining claims. Concur—Tom, J. P., Mazzarelli, Lerner and Buckley, JJ.